ACCEPTED
12-14-00155-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/17/2015 11:24:37 AM
CATHY LUSK
CLERK

## NO. 12-14-00155-CV

IN THE TEXAS COURT OF APPEALS FOR THE TWELFTH DISTRICT
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/17/2015 11:24:37 AM
CATHY S. LUSK
Clerk

\* \* \* \* \*

## BRENDA BREWER, DEANNA MEADOR, PENNY ADAMS AND SABRA CURRY,

### APPELLANTS

## V.

## LOWE'S HOME CENTERS, INC.,

### APPELLEE

\* \* \* \* \*

On Appeal from the 3rd Judicial District Court
Anderson County, Texas
Trial Court No. 3-41083

\* \* \* \* \*

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

\* \* \* \* \*

THE HONORABLE JUSTICES OF THE COURT:

Brenda Brewer, Deanna Meador, Penny Adams and Sabra Curry, Appellants, respectfully present this unopposed motion requesting that the time for filing Appellants' Brief be extended twenty (20) days, from February 27, 2015 to March 19, 2015. In support of this motion, Appellants would show the Court as follows:

1.    This motion is being filed prior to the time Appellants' Brief is due. TRAP 38.6.

2. This appeal involves review of a trial court's final judgment rendered on May 12, 2014.

3. Appellants' Brief is due on or before February 27, 2015.

4. Appellants request the Court order Appellants' Brief to be due twenty (20) days from date the brief is currently due, or on or before March 19, 2015, because of significant scheduling conflicts for their appellate counsel as detailed below.

5. Appellate Counsel for Appellant, Brendan K. McBride, has been preparing for trial and an oral argument since the first extension in this case was filed on January 5, 2015. The trial concluded on January 21, 2015 in the United States District Court for the Western District of Texas San Antonio Division in a case styled *Salazar v. South San Antonio Independent School District*, Case No. 5:13-CV-00940-HLH. In *Salazar*, Mr. McBride prepared several post trial motions and responses that were due February 7 and February 12, 2015. Further, Mr. McBride is scheduled for oral argument before the United States Court of Appeals for the Fifth Circuit on March 5, 2015 in a case styled *Test Masters Educational Services, Inc. v. State Farm Lloyds*, Case No. 14-20473.

6. In order for their counsel to give the necessary attention to the issues, review of the record, and the preparation of their brief in this matter, Appellants request a twenty (20) day extension of time to accommodate these scheduling conflicts.

7. This is the second extension Appellants have requested regarding Appellants' briefing in this appeal.

8. This extension is not requested for any purpose of delay, but so that justice may be done.

9. **Certificate of Conference:** On February 17, 2015, counsel for Appellants emailed and conferred with counsel for Appellee, Holly Williamson, regarding the relief requested in this motion. Ms. Williamson indicated that Appellee does not oppose the relief request herein. Accordingly, this motion is filed as UNOPPOSED.

Respectfully submitted,

By: _____

Brendan K. McBride
State Bar No. 24008900
Brendan.mcbride@att.net
THE MCBRIDE LAW FIRM
  Of Counsel to GRAVELY & PEARSON, LLP
425 Soledad, Suite 620
San Antonio, Texas 78205
(210) 227-1200 Telephone
(210) 881-6752 Facsimile

And

Matthew R. Pearson
State Bar No. 00788173
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone: (210) 472-1111
Facsimile: (210) 472-1110

COUNSEL FOR APPELLANTS, BRENDA BREWER, DEANNA MEADOR, PENNY ADAMS AND SABRA CURRY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on this 17th day of February, 2015 to Appellee's counsel of record, Holly Williamson, via email and by electronic service through Texas.gov.

Brendan K. McBride

4